IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 8:14CB2 |
| | ) | Violation Notice: 1753718 NE14 |
| Plaintiff, | ) | and 1753719 NE14 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DENNIS G. BACON, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

Defendant is granted an extension of time until April 29, 2014, in which to pay the balance of the collateral amount due for the above listed Violation Notices.  The full collateral amount is payable in full before that date or the defendant must appear for hearing before the undersigned magistrate judge on April 29, 2014 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The clerk will mail a copy of this order to Dennis G. Bacon at his address of 12324 Gail Avenue, Omaha, Nebraska 68127.

DATED this 2nd day of April, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge